**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02235-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JOHNN A. VIDMAR JR.**,

    Plaintiff/Applicant,

v.

**PABESS, Sgt.**; and
**LIMON CORRECTIONAL FACILITY**,

    Defendants/Respondents.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On October 7, 2015, Johnn A. Vidmar Jr. submitted two Prisoners Motions for Leave to Proceed Pursuant to 28 U.S.C 1915 in a Habeas Corpus Action, ECF Nos. 1 & 2, to the Court.  To the extent that Mr. Vidmar intends to proceed with an action in this Court at this time the instant action has been opened.  Nonetheless, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Mr. Vidmar will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time. Any papers that Mr. Vidmar files in response to this Order must include the civil action number on this Order.

The Court notes that Mr. Vidmar has filed a request to proceed without prepaying fees or costs that is used in habeas corpus cases.  If Mr. Vidmar is incarcerated or detained he is required to file his claims and requests to proceed without prepayment of filing fees on proper Court-approved forms used by prisoners filing civil rights cases.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) _X_ is missing certificate showing current balance in prison account
(5) _X_ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) _X_ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other: Rather than proceed pursuant to 28 U.S.C. § 1915, Plaintiff may pay the proper filing fee in full.

**Complaint, Petition or Application**:
(11) _X_ is not submitted
(12) _X_ is not on proper form (Mr. Vidmar may find the Court-approved forms at www.cod.uscourts.gov.)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

**ORDERED** that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.  It is

**FURTHER ORDERED** that Mr. Vidmar shall obtain proper Court-approved forms depending on the type of action he intends to file in this Court (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  Plaintiff must use proper Court-approved forms when curing the deficiencies.  It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED October 13, 2015, at Denver, Colorado.

                                    BY THE COURT:

                                     s/ Gordon P. Gallagher
                                    United States Magistrate Judge